[No. 5012-9-II. Division Two. April 30, 1982.]

*In the Matter of the Welfare of* LLOYD E.
BOWEN III, ET AL.

Appeal from judgments of the Superior Court for Kitsap County, Nos. 4746, 4876, Robert J. Bryan, J., entered August 15, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Worswick, JJ.

[No. 8959-5-I. Division One. May 3, 1982.]

JIMMY J. HARKEY, *Appellant,* v. INVESTMENT PROPERTY ASSOCIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-03043-4, William C. Goodloe, J., entered May 15, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Ringold, JJ.

[No. 9181-6-I. Division One. May 3, 1982.]

PAMELA GAYLOR, *Appellant,* v. SHIGERU G.
MOMODA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 815326, Jack P. Scholfield, J., entered July 22, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Corbett, JJ.

[No. 10030-1-I. Division One. May 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER
MANNING, *Appellant.*

Appeal from a judgment of th·· perior Court for King County, No. 80-8-05110-7, Str Stone, J. Pro Tem., entered March 10, 1982. *Affirme* unpublished opinion per Andersen, C.J., concurred in Villiams and Callow, JJ.